UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PANAMAX INTERNATIONAL SHIPPING
COMPANY LTD.,

                 Petitioner,                       24 **CIVIL** 3512 (JGK)

   -against-                                   **JUDGMENT**

AAT GLOBAL LTD., ET AL.,
                 Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 24, 2024, the petitioner's petition to recognize, confirm, and enforce the Award is granted. Judgment is entered in favor of the petitioner confirming the arbitration award and finding AAT and Himadri liable to the petitioners in the amount of $53,698.69, plus post-judgment interest; accordingly, the case is closed.

**Dated**: New York, New York
         September 24, 2024

                                                        **DANIEL ORTIZ**
                                                       **Acting Clerk of Court**

                           **BY:**

                                                         **Deputy Clerk**